No. 98–132. WESTERN RESOURCES, INC., RECEIVER OF THE ASSETS OF THE VICTOR MUSCAT TESTAMENTARY TRUSTS *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 98–133. UNNAMED ATTORNEY *v.* MARYLAND ATTORNEY GRIEVANCE COMMISSION. Ct. App. Md. Certiorari denied.

No. 98–134. LEVINE *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 98–136. ORENA *v.* UNITED STATES; and AMATO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–138. TURQUITT, ADMINISTRATRIX OF THE ESTATE OF TURQUITT *v.* JEFFERSON COUNTY. C. A. 11th Cir. Certiorari denied.

No. 98–139. FERNANDEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–140. FENT ET UX. *v.* OKLAHOMA CAPITOL IMPROVEMENT AUTHORITY. Sup. Ct. Okla. Certiorari denied.

No. 98–141. DeLUCA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–142. SHONG-CHING TONG *v.* GARCIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–143. KAHN *v.* SMITH BARNEY, HARRIS UPHAM & CO., INC. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 98–144. IN RE KLAYMAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–146. SNYDER *v.* MORGAN. Sup. Ct. Pa. Certiorari denied.

No. 98–147. TPI INTERNATIONAL AIRWAYS, INC. *v.* WIDNALL, SECRETARY OF THE AIR FORCE. C. A. Fed. Cir. Certiorari denied.